

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Kelly M. Harrell*
*Direct Dial: (215) 861-8646*
*Facsimile: (215) 861- 8618*
*E-mail Address: Kelly.Harrell@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 5, 2022

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Kray Strange</u>
             Case No. 21-1890-M

Dear Clerk:

    Please unimpound the Complaint & Warrant in regard to the above-captioned case. The Complaint and Warrant was filed on December 17, 2021.

                            Very truly yours,

                            JENNIFER ARBITTIER WILLIAMS
                            United States Attorney


                            */s/ Kelly M. Harrell*
                            Kelly M. Harrell
                            Assistant United States Attorney